1

2

3

4

5

6

7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CRYSTAL ANNE MILLS,                          No.  2:20-CV-1449-DMC

    Plaintiff,

  v.                                                   ORDER

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

    Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On September 21, 2020, the Court directed Plaintiff to show cause in writing why this action should not be dismissed for failure to inform the Court regarding submission of service documents to the United States Marshal.  A review of the docket reflects that Plaintiff forwarded the required service documents to the United States Marshal on or about October 5, 2020.  Good cause appearing therefor, the order to show cause is discharged.

    IT IS SO ORDERED.

Dated:  October 19, 2020

                      _____
                     DENNIS M. COTA
                     UNITED STATES MAGISTRATE JUDGE

1