Robert C. Weems (CA SBN 148156)
WEEMS LAW OFFICES
526 3rd St., Ste. A-2
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
   *rcweems@weemslawoffices.com*

Attorneys for Plaintiff,
      CRYSTAL MILLS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL MILLS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,[1]<br><br>    Defendant. | Case 2:20-cv-01449-DMC<br><br>ORDER RE: MODIFICATION OF SCHEDULING ORDER |

Subject to the approval and any further orders of the Court, the parties, by and through counsel of record, stipulate and agree to Plainitff's time to move for summary judgment under the scheduling order be extended from AUGUST 23, 2021, to **MONDAY, SEPTEMBER 27, 2021**, with all other deadlines to follow as stated in the scheduling order; and further agree that the modification is supported by is good cause, will not unduly delay resolution and is not prejudicial to either party.

The good cause supporting modification of the scheduling order includes that COVID-19's interruptions in the Social Security Administration's operations effecting the filing of certified administrative transcripts has resulted in concentration of filing deadlines in Plaintiff's counsel's active Social Security cases in the Northern and Eastern Districts of California which has interfered with Plainitff's counsel able to fully analyze administrative transcripts, meet and confer with defense

---

[1] Under Fed.R.Civ.P. 25(d) when public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office; the officer's successor is automatically substituted as a party. On Friday, July 9, 2021, Andrew Saul was terminated. Kilolo Kijakazi is Acting Commissioner.

1

counsel when possible grounds for voluntary remand are identified, and develop, prioritize and brief issues for summary judgment consistent with the professional standards of the Court and without prejudice to the Plaintiff.  By modification of the scheduling order in this and other pending matters, Plainitff's counsel believes the fewer additional scheduling order modifications will be necessary, the risk of missed deadlines will be reduced, and the Court's effective and efficient administration of justice served. This request for this modification of the scheduling order is made in good faith, without dilatory motive and not for purposes of undue delay or to prejudice the interest of any party.

SO STIPULATED AND AGREED, July 14, 2021:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | PHILLIP A. TALBERT |
| |    Acting United States Attorney |
| | DEBORAH LEE STACHEL |
| |    Regional Chief Counsel, Region IX |
| | OSCAR GONZALEZ DE LLANO |
| |    Assistant Regional Counsel |
| */s/Robert C. Weems*    By: | */s/Oscar Gonzalez de Llano* |
| Robert C. Weems, | Oscar Gonzalez de Llano, |
| Attorney for Plaintiff | Assistant Regional Counsel and Attorney for the Defendant |

**SO ORDERED:**

Dated:  July 19, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE